# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JARROD ROBINSON,

    Plaintiff,

v.

CRAIG MANSKEM,

    Defendant.

Case No. 3:18-cv-00531-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: June 27, 2018

                                                **JUSTINE FLANAGAN,**
                                                **Acting Clerk of Court**

                                                **BY:**   s/Tina Gray
                                                                **Deputy Clerk**

**Approved:**
**s/** *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**